In the Matter of PARMELEE MOTOR FUEL Co., INC., Appellant, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.— Orders unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [185 Misc. 965.]

JOSEPH STEIN, Appellant, v. NATIONAL THREAD Co., INC., et al., Respondents. —Order entered August 21, 1944, unanimously modified by striking from defendants' demand for a bill of particulars the following items: 11, 14, 19, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 42, 44, 45, 46, 47, 48, 49 and 51, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill of particulars shall be served within twenty days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOSEPH STEIN, Appellant, v. NATIONAL THREAD Co., INC., et al., Respondents. Order entered August 23, 1944, so far as appealed from, unanimously modified by granting in addition to the items already allowed items 11, 12, 13 and 14, and requiring defendants to produce at the examination relevant corporate records, books of account, papers and other writings in defendants' custody relating to the items allowed for use in accordance with the provisions of section 296 of the Civil Practice Act, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The examination shall take place at Special Term, Part II, at 11:00 A.M. twenty days after the bill of particulars ordered herein has been served. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARY MELLOR et al., Appellants, v. CITY BANK FARMERS TRUST COMPANY et al., as Trustees under the Will of EMMA ZIEGEL, Deceased, et al., Respondents. — Order, so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse. The date for the examination to proceed to be fixed in the order. Settle order on notice. [See *post*, p. 841.]

LAURENCE H. ATKINSON, Appellant, v. CHARLES L. JONES, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and grant the motion.

MARTHA P. KIRSTEIN, Respondent, and ROBERT D. KIRSTEIN, Appellant, v. HOTEL TAFT CORPORATION et al., Appellants-Respondents.— Order unanimously affirmed, without costs, with leave to the defendants Hotel Taft Corporation and Bing & Bing, Inc., to answer the amended complaint within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [183 Misc. 713.]

In the Matter of EMMA M. MURTAUGH, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and grant the motion. [184 Misc. 72.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUO BUILDING CORPORATION, Relator; KLEE CORPORATION, Intervener-Relator, EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Intervener-Relator-Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. MILTON M. GETTINGER et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent the Equitable Life Assurance Society of the United States. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 737.]